1   Ming-Tao Yang (SBN 221295)
    ming.yang@finnegan.com
2   Gregory K. Storey (SBN 211792)
    greg.storey@finnegan.com
3   Finnegan, Henderson, Farabow,
      Garrett & Dunner, LLP
4   3300 Hillview Avenue
    Palo Alto, California 94304
5   Tel: (650) 849-6600
    Fax: (650) 849-6666
6
7   Attorneys for Plaintiff Acrox Technologies Co., Ltd.

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12  ACROX TECHNOLOGIES CO., LTD.,          CASE NO. 3:14-cv-04956-KAW

13              Plaintiff,                  **PLAINTIFF ACROX TECHNOLOGIES
                                            CO., LTD.'S MOTION TO CONTINUE
13         v.                               INITIAL CASE MANAGEMENT
                                            CONFERENCE AND ADR DEADLINE;
14                                          [PROPOSED] ORDER**
    BEST BUY CO., INC.,
15  BEST BUY STORES, L.P.,
    BESTBUY.COM, LLC, and
16  BELKIN INTERNATIONAL, INC.,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

1   Plaintiff Acrox Technologies Co., Ltd. ("Acrox") respectfully requests a 90-day continuance

2   of the Initial Case Management Conference (and associated CMC Statement), currently scheduled

3   for February 3, 2015, and the ADR deadline, currently scheduled for January 13, 2015.

4   Acrox is in the process of discussing possible resolutions of the case with the defendants,

5   with a conference to be scheduled in the week of January 12, 2015. Acrox also requested the

6   defendants' waiver of service under Rule 4(d) of the Federal Rules of Civil Procedure and expects to

7   have the defendants' response in the coming weeks.  Accordingly, Acrox requests a 90-day

8   continuance so that the service of the Complaint and Summons can be completed for all the parties,

9   and the parties will have an opportunity to discuss possible resolutions. Acrox has conferred with the

10  defendants, and no party raised any objection to the requested continuance.  With a 90-day

11  continuance, the Initial Case Management Conference would be continued to May 4, 2015, with the

12  Case Management Statement due by April 27, 2015, and that the ADR Deadline would be continued

13  to April 13, 2015.

14

15

16  Dated:  January 9, 2015                         Finnegan, Henderson, Farabow,
                                                           Garrett & Dunner, LLP

17

18

19                                                       By:____/s/ Ming-Tao Yang_____
                                                              Ming-Tao Yang

20                                                            ming.yang@finnegan.com
                                                              Gregory K. Storey

21                                                            greg.storey@finnegan.com
                                                              Finnegan, Henderson, Farabow,

22                                                             Garrett & Dunner, LLP
                                                              3300 Hillview Avenue

23                                                            Palo Alto, California 94304
                                                              Tel: (650) 849-6600

24                                                            Fax: (650) 849-6666

25                                                            Attorneys for Plaintiff
                                                              Acrox Technologies Co., Ltd.

26

27

28

MOTION TO CONTINUE CMC AND ADR DEADLINE
Case No. 3:14-cv-04956-KAW

1

**[PROPOSED] ORDER**

2

Upon good cause shown,

3

IT IS HEREBY ORDERED that the Initial Case Management Conference in this matter shall

4

be continued from February 3, 2015 to May 4, 2015; with the Case Management Statement due by

5

April 27, 2015, and the ADR Deadline be continued from January 13, 2015 to April 13, 2015.

6

7

01/13/15
_____

8

DATED

9

_____
KANDIS A. WESTMORE

10

United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1