AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |
|---|---|---|

Acrox Technologies Co., Ltd.

Plaintiff (s),

V.

Best Buy Co., Inc. et al

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:   3:14-cv-04956-JD

Notice is hereby given that, subject to approval by the court,   Acrox Technologoies Co., Ltd.   substitutes
_____(Party (s) Name)

David P. Swenson   , State Bar No.   265214   as counsel of record in
_____(Name of New Attorney)_____

place of   Ming-Tao. Yang, Gregory K. Storey, Robert F. McCauley and firm of Finnegan, Henderson, Farabow, .
Garrett & Dunner, LLP   (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   Farney Daniels PC

Address:   100 North Sixth Street, Suite 445A, Minneapolis, MN  55403

Telephone:   612-424-9220   Facsimile   612-424-9230

E-Mail (Optional):   dswenson@farneydaniels.com

I consent to the above substitution.

Date:   December 1, 2015

(Signature of Party (s))

I consent to being substituted.

Date:   November 24, 2015

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   December 1, 2015

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   December 4, 2015

IT IS SO ORDERED

Judge James Donato

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]